IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BLANEY EARL BARNES, | ) | |
| (Dallas Cty. Jail Book-In No. 17023416), | ) | |
| | ) | |
| Petitioner, | ) | CIVIL ACTION NO. |
| | ) | |
| V. | ) | 3:18-CV-1420-G (BN) |
| | ) | |
| DALLAS COUNTY JAIL, ET AL., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED.**

July 2, 2018.

_____
**A. JOE FISH**
**Senior United States District Judge**